■ ROBERT E. KERWIN, JR., Appellant, v R. G. SELLIG, Respondent. — Motion for reargument granted, without costs, and decision dated December 2, 1982, rescinded and order entered January 3, 1983, vacated (see *Bernard v City School Dist. of Albany,* 96 AD2d 995). Upon reargument, order of Special Term entered February 9, 1982, which granted defendant's motion to vacate a default judgment rendered in favor of plaintiff, affirmed, without costs. Upon review of the record in this case we conclude that Special Term did not abuse its discretion in granting defendant's motion to vacate the default (see *State Farm Mut. Auto. Ins. Co. v Viger,* 94 AD2d 592). Main, J. P., Casey, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

## (September 10, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JAMES R. JOHNSON, Defendant. — Motion for extension of time to make application for a certificate granting leave to appeal from an order denying a motion to vacate a judgment of conviction. Motion denied as unnecessary. Defendant has not been served with a copy of the order sought to be appealed. Accordingly, the 30-day period in which to make application for leave to appeal has not started to run. Mahoney, P. J., Kane, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.